IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VICTOR A. GOLDBAUM,

    Plaintiff,                    No. CIV S-07-2314 LKK DAD P

    vs.

CITY OF WEST SACRAMENTO
POLICE DEPARTMENT, et al.,

    Defendants.              <u>ORDER</u>

_____/

        Plaintiff is an inmate at the Yolo County Jail and is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has paid the filing fee. Plaintiff alleges that on May 3, 2007, defendant Thruelsen used excessive force while arresting plaintiff.

        On November 7, 2007, the court ordered plaintiff to complete the service of process on defendant Thruelsen within sixty days from the date of the order. On December 10, 2007, plaintiff requested an extension of six months in order to obtain the assistance of counsel.

/////

/////

/////

/////

1

1 The court will not grant the request for a six month extension of time.  Plaintiff may request
2 voluntary dismissal of this action and refile his action after he has obtained counsel.[1]
3 Alternatively, plaintiff may request to proceed in forma pauperis and if eligible, the U.S. Marshal
4 will serve defendant Thruelsen at no cost to plaintiff.  Should plaintiff obtain counsel at a later
5 date, a substitution of attorney may be filed.  Failure to comply with this order will result in the
6 issuance of findings and recommendations recommending that the action be dismissed.

Accordingly, IT IS HEREBY ORDERED that:

1.  Plaintiff's December 10, 2007 request for an extension of time, is denied;

2.  Within thirty days from the service of this order, plaintiff may either complete service of process on the defendant; file a request for voluntary dismissal; or file an application requesting leave to proceed in forma pauperis; and

3.  The Clerk of the Court is directed to provide plaintiff with the court's application requesting leave to proceed in forma pauperis; the certificate portion of the form must be completed by the authorized official at the Yolo County Jail and plaintiff must file a certified copy of his inmate trust account statement for the six month period immediately preceding the filing of the complaint.  See 28 U.S.C. § 1915(a)(2).

DATED: December 19, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
gold2313.den

---

[1] Plaintiff is cautioned that in § 1983 actions, the state statute of limitations applies and that in California, there is a 2-year statute of limitations for personal injury suits.  See Cal. Code Civ. P. 335.1; see also Cal. Code Civ. P. 352.1 (providing 2-year tolling of statute of limitation for eligible prisoners.