IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VICTOR A. GOLDBAUM,

      Plaintiff,                    No. CIV S-07-2314 LKK DAD P

    vs.

CITY OF WEST SACRAMENTO
POLICE DEPARTMENT, et al.,

      Defendants.               ORDER

/

        Plaintiff, an inmate at the Yolo County Jail and proceeding pro se, has requested that this action be dismissed. Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored.

        Accordingly, IT IS HEREBY ORDERED that this action is dismissed.

DATED: January 24, 2008.

                                             /s/ Dale A. Drozd
                                             DALE A. DROZD
                                             UNITED STATES MAGISTRATE JUDGE

DAD:4
gold2314.59